OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** January 6, 2026                                                                 **Judge:** CHARLES R. BREYER

**Case No.:** 2:25-cv-04276 CRB     **Case Name:** Dean v. Uber Technologies, Inc.
                                                          **Time:** 2 Hours and 31 Minutes


**Attorney for Plaintiff:** Sarah London, Rachel Abrams, Roopal Luhana, Elizabeth Wilkins, Alexandra Walsh, Deborah Chang, Andrew Kaufman, Samantha Hoefs, An Truong, Steven Cohn, Simon Grill

**Attorney for Defendant:** Laura Vatain Horn, Geoff Wyatt, Alexandra Caritis, Kimberly Gustafson Bueno, Tara Blake, Theresa Borge, Jonathan Schneller

**Deputy Clerk:** Lashanda Scott                              **Reported by:** Ruth Levine Ekhaus

PROCEEDINGS

Pretrial Conference held. Motion in Limine hearing held. Motions to Exclude and Motion for Partial Summary Judgment held. The Court will issue an order.