UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. Case No. 3:23-cv-06708-CRB<br>D. Ariz. Case No. 2:25-cv-04276-CRB | Case No. 3:23-md-03084-CRB (LJC)<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF UBER'S STATEMENT IN RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [PLAINTIFF'S OPENING MOTIONS IN LIMINE]**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>    Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>    Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber"). I offer this Declaration in the above-captioned matter in support of Uber's Statement in Response to Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed [Plaintiff's Opening Motions in Limine].

2. Plaintiff takes no position as to Uber's proposed redactions.

3. Attached as Exhibit A is a true and correct copy of Plaintiff's Motions in Limine with Uber's proposed redactions.[1]

4. Attached as Exhibit B is a true and correct copy of Exhibit 7 to Plaintiff's Motions in Limine with Uber's proposed redactions.

5. Attached as Exhibit C is a true and correct copy of Exhibit 8 to Plaintiff's Motions in Limine with Uber's proposed redactions.

6. Attached as Exhibit D is a true and correct copy of Exhibit 9 to Plaintiff's Motions in Limine with Uber's proposed redactions.

7. Attached as Exhibit E is a true and correct copy of Exhibit 29 to Plaintiff's Motions in Limine with Uber's proposed redactions.

8. Attached as Exhibit F is a true and correct copy of Exhibit 30 to Plaintiff's Motions in Limine with Uber's proposed redactions.

9. Attached as Exhibit G is a true and correct copy of Exhibit 31 to Plaintiff's Motions in Limine with Uber's proposed redactions.

10. Attached as Exhibit H is a true and correct copy of Exhibit 32 to Plaintiff's Motions in Limine with Uber's proposed redactions.

11. Attached as Exhibit I is a true and correct copy of Exhibit 38 to Plaintiff's Motions in Limine with Uber's proposed redactions.

---

[1] Pages 3-6 of the Motion include the redactions sought by Plaintiff, reproduced by Uber here.

1     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 6, 2026

<em>/s/ Laura Vartain Horn</em><br>Laura Vartain Horn