# Exhibit G

# EXHIBIT 31

## EXHIBIT FILED UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

IN RE: UBER TECHNOLOGIES, INC.,     )
PASSENGER SEXUAL ASSAULT            )
LITIGATION                          )
                                    )
_____ )  No. 3:23-md-03084-CRB

***HIGHLY CONFIDENTIAL UNDER PROTECTIVE ORDER***

REMOTE VIDEOTAPED DEPOSITION OF EMILIE BOMAN

AS 30(b)(6)

OCTOBER 1, 2025

VIA ZOOM

REPORTED BY: PATRICIA Y. SCHULER, CSR NO. 11949

Emilie Boman    Highly Confidential
October 01, 2025

```
 1   the chart in front us that the number of
 2   organizations that are being supported under
 3   Driving Change is going down year over year, right?
 4        A.   At least based on what is front of me, I
 5   see it going from nine to seven.
 6        Q.   Well, can you scroll over to -- do you
 7   see 2019?
 8        A.   I do.
 9        Q.   It is down to three, right?
10        A.   Well, the way I read it is that three --
11   in 2018, nine organizations received ▮▮▮▮▮ as a
12   grant.  In 2019, three organizations received
13   ▮▮▮▮▮ two organizations received $100,000, and
14   two received ▮▮▮▮▮
15        Q.   Okay.  Take a look, if you will --
16        A.   I don't know if that was the final
17   allocation, but that is at least what this --
18             (Exhibit 2041 was marked for
19             identification.)
20   BY MS. WALSH:
21        Q.   Yeah.  Take a look at Exhibit 2017 with
22   me.  Sorry.  We are going to mark another document
23   for your deposition.  AW217, and will be 2041.
24             MR. ROSICA:  And 217, Alex?
25             MS. WALSH:  Yes.
```

```
 1              MS. LEVY:  Sorry, it is taking a while to
 2   load.
 3   BY MS. WALSH:
 4        Q.   Okay.  If you look at the first page,
 5   this is a document that --
 6              MS. LEVY:  Hold on a second, Alex.  Give
 7   her time to look.
 8              MS. WALSH:  Oh, yeah.  Sorry about that.
 9              MS. LEVY:  Just got it up on the computer.
10   I want her to scroll through it.
11              THE WITNESS:  Okay.  I am ready.
12   BY MS. WALSH:
13        Q.   Okay.  This is a document created by Ms.
14   Haas in 2021.  Again, though, it has to do with
15   Driving Change and which organizations Uber will
16   make payments to under Driving Change, okay?
17             Do you see that information that's the
18   2021 document?
19        A.   Yes.  Thank you.
20        Q.   Okay.  And if you look at the next page,
21   it says -- Ms. Haas says in this document, "This
22   year women's safety central policy and social
23   impact worked together to evaluate and segment the
24   partners ███████████████████████████████████████
25             Do you see that?
```

```
 1      A.    Yes.
 2      Q.    And that is something that Uber did.
 3   They evaluated these partners and how much money
 4   they would be paid ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 5   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, correct?
 6      A.    Well, I would add -- I believe the full
 7   sentence here is, the partnerships were evaluated
 8   and assessed ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮
 9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12   ▮▮▮▮▮▮
13      Q.    Right.  And then -- exactly.
14            And then it goes on to say, ▮▮▮
15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮
18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19            Do you see that?
20      A.    I do see that written.
21      Q.    And an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ right?
23      A.    The way I understand it, based on what is
24   written here and how I think about it, is that it
25   is a best practice recommended by experts in the
```

```
 1   ending gender-based violence space.  So ████████
 2   ████████████████████████████████████████████████
 3   ████████████████████████████████████████████████
 4   ████████
 5            I am not sure if we worked with some of
 6   these partners again.  Like, I think the -- it is
 7   only for the 2019 to 2020 year.
 8       Q.   Okay.  Well, let's see how this concept
 9   of an ████████ comes into play here.
10            So what the document does is it talks
11   about three different levels of funding in the next
12   few bullet points, right?
13       A.   Yes.
14       Q.   Okay.  And the top level is ████████,
15   right?
16       A.   That is right.
17       Q.   And it says, ██████████████████████████
18   ████████████████████████████████████████████████
19   ████████████████████████████████████████████████
20   ████████████████████████████████████████████████
21   ████████████████████████████████████████
22   ████████████████████  ██████████████████████████
23            Do you see that?
24       A.   Yes.  I do.
25       Q.   Okay.  And then -- so those organizations
```

Emilie Boman    Highly Confidential
October 01, 2025

```
 1   ████████████████████████████████████
 2   ████████████████████████████████████
 3   ██████
 4        A.   For this -- this funding round, that
 5   appears to be the assessment, yes.
 6        Q.   Okay.  The next level down, ██████ █
 7   ██████ ██████████████████████████
 8   ████████████████████████████████████
 9   ██████
10             "Us" meaning Uber, right?
11        A.   Yes.
12        Q.   █████████████████████████████
13   ████████████████████████ correct?
14        A.   Yes.
15             MS. WALSH:  If we could just keep
16   highlighting ██████████████████████ please.
17   BY MS. WALSH:
18        Q.   It says, ████ ██████ ████████████████
19   ████████████████████████████████████
20   ████████████████████████████████████
21   ████████████████████████████████████
22   ████████████████████████████████████
23   ██████
24             Do you see that?
25        A.   I do.
```