# **<u>Exhibit H</u>**

# EXHIBIT 32

## EXHIBIT FILED UNDER SEAL

# Driving Change Funding Request
*December 2021*

## Table of Contents
1. Executive Summary
2. Context & History
3. Issue
4. 2021 Driving Change Initiatives
5. 2022 Driving Change Requests
6. Impact of Not Funding Driving Change
7. Request
8. Roles & Responsibilities
9. Relevant Documents

## Executive Summary

The original intent of Driving Change, when launched in 2017, was to commit $5M over 5 years to fund programmatic partnerships focused on sexual violence intervention and prevention. As we reach the end of that 5 year mark, it is imperative that the business re-commit to funding programs, projects & partnerships that work to end gender-based violence. The following document lays out history of the funds, context, current challenges, and makes clear recommendations.

While we have far surpassed the original $5M over 5 years commitment in terms of allocation - that original commitment was unable to meet the many pressing and emerging needs related to gender based violence. In year two of Driving Change there was a clear acknowledgement that additional funds should be added in order to truly support all regions in this work ($1M a year globally wasn't enough to get the work done that was needed). Now, in year five, $2.6M a year is still not enough to have the kind of impact we want to see.

> **Commented [1]:** The 5M was US only. We need to make good on that commitment for 2022. The international stuff was additional.
>
> **Commented [2]:** Can we articulate the impact that we want to see?
>
> **Commented [3]:** We should be clearer about the value of these relationships.

[redacted]

In short it is requested that:

- The business recommit to the Driving Change initiative by allocating at least $2.6M annually to programs, projects & partnerships that work to end gender-based violence both on and off Uber's platform ($1.2M requested for US/C, and $1.4M requested across APAC, EMEA & LATAM).
- Move the Driving Change budget back to Central Safety Operations, under Core Services, to be managed centrally by the Central Women's Safety Team in collaboration with the Central Policy Team.

These funds should be an ongoing consistent commitment Uber makes in part because:

1. **These partnerships are essential.** Women's safety issues pose a significant risk to the business, not only in reputation, but consumer preference and regulatory impact. ▉
   ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

   > **Commented [4]:** This should be built out, ideally with examples by region of where relationships have helped.

2. **We must maintain continuity.** We have invested in this space for the past 4-5 years, building relationships and slowly earning recognition as relevant actors in the prevention and intervention of gender-based violence. We have positioned ourselves as leaders in this space. Pulling out of this agenda now means risking what has been built so far.
3. **Women's safety is a key differentiator against competition.** We've gained a reputational advantage, and it is critical to maintain that credibility as competition grows.
4. **We have moved safety to a core value** that isn't just a recurring priority -- but rather a key fiber of our culture and being. The Driving Change funding is a reflection of this value.
5. **We are about to release our second US Safety Report.** As we prepare to release the US safety report, it is imperative that Uber continue to invest in our NGO partners. In Uber's first US Safety Report in 2019, the Driving Change commitment is highlighted and uplifted as one of the key ways Uber is addressing violence prevention and intervention on the platform. If we are able to present a bolder and more consistent plan for Driving Change, we concretely demonstrate our commitment to ending gender-based violence both on the platform and in our communities.

### Context & History

Uber's Driving Change program was launched in November 2017 as the first step in Uber's journey as a leader in helping prevent & mitigate the impacts of sexual assault (SA). Driving Change's goal was to support partnerships, programs and pilots that help to end assault and gender-based violence in communities Uber serves and on Uber's platform. At it's inception in 2017, the commitment was to give $5M over 5 years to fund programmatic partnerships focused on sexual violence prevention in the US. In 2018, the effort was expanded to include support of international NGOs and partnerships with some additional funding.

The Driving Change program has 3 core pillars:
1. Grants to fund sexual assault prevention work and partner with experts
2. Training for Uber's customer service agents to respond to reports of SA with empathy
3. Education for drivers and riders on sexual misconduct

Historically, from 2019 onwards, the central women's safety operations team has retained ownership of pillars 2 and 3 while transferring grant-making and managing NGO partners to Social Impact and Policy respectively. From 2017-2019 the central women's safety team was responsible for all three pillars.

Over the course of the Driving Change program the following amounts have been allocated:
- 2017 - 2018: $1M to US orgs
- 2018 - 2019: $1M to US orgs and $500K to international orgs ($1.5M total)
- 2019 - 2020: $795K to US orgs and $800K to international orgs (1.6M total)
- 2020 - 2021: $1.1M to US orgs and $1M to international orgs ($2.2M total)
- 2021 - 2022: $1.1M to US orgs and $900K to international orgs ($2M total)
**TOTAL: $8.3M**

For the last few years (2019-2021) the Social Impact team has held the Driving Change budget and worked in close partnership with the Central Safety Operations and Central Policy teams to make sure funds were allocated to regions in accordance with Driving Change's three pillars. Prior to being housed in Social Impact the Driving Change budget lived with the central women's safety team (at the time, led by Tracey Breeden) from 2017-2019 and executed locally by safety operations teams.

## Issue



Currently the Social Impact Team has allocated ▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇ for access programs. Access initiatives should aim to provide affordable and reliable transportation for all by creating opportunities to make Uber accessible to a wider consumer base such as underserved, low income or vulnerable communities.



(impacts detailed below).

### 2021-2022 Driving Change Initiatives

In 2021, Driving Change helped support dozens of key partnerships and programs throughout the globe. These partnerships and initiatives include:

**Commented [5]:** For this section, I think it's more important to detail how these partnerships have helped Uber (▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇). Listing them isn't v impactful.

**Commented [6]:** @maiolino@uber.com

### United States Partnerships & Initiatives

*me too. International.*
me too. International serves as a convener, thought leader, and organizer across the mainstream and the grassroots to address systems that allow for the proliferation of sexual violence, specifically in Black, queer, trans, disabled, and all communities of color.

*Ujima: The National Center on Violence Against Women in the Black Community*
Ujima is a national, culturally-specific organization founded to provide support to and be a voice for the Black Community in response to domestic, sexual and community violence. Ujima is

leading a research project in partnership with Uber on the experiences of Black women on transportation.

*Rise*
Rise is a civil rights accelerator that has trained hundreds of rape survivors how to pen their own civil rights into existence. COVID-19 "Stay at Home" policies have spiked sexual and domestic violence rates across the world. In response, Rise launched "Survivor Safe Haven" which creates safe havens at local restaurants and businesses to give survivors with no place to go access to resources.

*Tahirih Justice Center*
The Tahirih Justice Center is a national, nonprofit organization that serves immigrant survivors fleeing gender-based violence. By amplifying the experiences of survivors in communities, courts, and Congress, Tahirih's mission is to create a world in which all people share equal rights and live in safety and with dignity.

*RALIANCE*
RALIANCE is a national partnership dedicated to ending sexual violence in one generation. Through their resource center RALIANCE Business, they are helping businesses and organizations adopt consistent, evidence-based standards and strategies to improve how they measure, respond to, and prevent sexual violence.

*Rape, Abuse, Incest National Network (RAINN)*
As the nation's largest sexual violence prevention organization, RAINN operates the National Sexual Assault Hotline. Uber has partnered with RAINN to develop sexual assault and misconduct education for drivers and administers the Uber Survivor Resources Hotline.

*National Network to End Domestic Violence (NNEDV)*
As the nation's leading voice for domestic violence victims and their advocates and Uber's very first national partner to address women's safety, NNEDV works with service providers, state coalitions, and corporations to understand the ongoing and emerging needs of domestic violence victims.

*NO MORE*
Dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fueling culture change, NO MORE has partnered with Uber to create and launch the #DontStandBy bystander intervention campaign to educate the nightlife community and encourage people to prevent sexual assault before it starts.

**LATAM Partnerships & Initiatives**
*#MeTooBrazil Psychological Support for Survivors*
Each survivor of a serious incident on Uber Brazil's platform receives a code and is directed to MeToo's website where they will fill a form and be able to schedule up to four sessions (one hour each) with a psychologist.

*Data Hub on Gender Based Violence*
Driving Change funds Igarapé Institute's EVA platform, a content hub that compiles data on domestic abuse that is then used to inform public policy (Mexico, Columbia & BR)

> **Commented [7]:** Same as above -- how have these partnerships helped us?

*Surveys on Women Safety and Transportation*
Since 2019 we have partnered with Patricia Galvão Institute funding surveys on women safety while commuting to help us contextualize the reality in all kinds of transportation.

*SA/SM Driver Education - Expert Partnerships*
Launched public educational videos and content developed by MeToo Brazil and ACTO in Mexico to riders and drivers about gender-based violence. Educational podcasts were also created by Promundo in Brazil, ACTO in Mexico, Efecto Boomerang in El Salvador and with GenderLab in Peru, Ecuador and Bolivia.

*Free Rides to Survivors of Domestic Violence*
Through Mistry for Women in Argentina, free rides were able to be distributed for survivors of domestic violence. We have strong NGOs partnerships in Brazil, Avon Institute, and Red Nacional de Refugios, with the same purpose, but which have helped Uber to open and better positioned ourselves in our dialogue with the community about women safety.

## APAC Partnerships & Initiatives

*WESNET Partnership*
WESNET, peak body for specialist women's domestic and family violence services, has been a partner with Uber since 2018. Throughout this partnership WESNET has been an extremely valuable partner, having advised on a wide range of works such as; driver-partner mandatory education materials (in relation to sexual harrasment + assault), reporting processes to encourage reporting, provision of victim-centred & trauma-informed training to COE agents, review of sexual assault incident reporting process, and inputting of products such as on-trip reporting and women rider preferred. Most recently, WESNET has also been a fierce advocate alongside Uber in discussions with the Western Australian regulator around consent-based reporting in response to the regulator compelling Uber to provide sexual assault victim-survivor PII without the consent of the reporting party. With WESNET's help the regulator has agreed to move to a consent-based model and for their officers to undertake victim-centred & trauma-informed training.

Aus Says NO MORE
Australia Says NO MORE is the Australian arm of the global NO MORE campaign. They are dedicated to ending domestic violence and sexual assault by increasing awareness, inspiring action and fuelling change, across the country. They have been important partners inputting into our educational content, and worked closely with us on the provision of bystander intervention awareness education to riders, driver-partners and hospitality venues in relation to *Don't Stand By*, an initiative which unfortunately has been placed on hold due to prolonged COVID lockdowns in Australia.

*RespectEd Aotearoa & TOAH-NNEST Partnerships*
In partnership with RespectEd Aotearoa & TOAH-NNEST Uber rolled out educational modules for driver-partners on what is and isn't appropriate behavior, developed specialized training for the incident response team, enhanced the processes in line with best practices and launched the Women's Safety Forum.

*Fitted For Work, Transgender Victora & It's Not a Compliment Partnerships*
In 2021 expansion of Driving Change initiative included three new partner agencies focused on; supporting women in getting & maintaining work; supporting the transgender community and;

CONFIDENTIAL

dismantling the culture of street harrasment. These partners have consulted on the Women Rider Preferred product, and the broader Driving Forward women's empowerment platform, due to launch in ANZ in 2022. Fitted For Work will make their client services available to women and non-binary driver-partners, allowing them opportunity to upskill and gain access to higher employment. Transgender Victoria provided input on our transgender earner access improvements, and continue to advise us on an ad hoc basis around best practice response to on-app discrimination against transgender and gender diverse folk, helping us to improve our support processes. It's Not A Compliment have enabled Uber to be invited to participate in Project Night Justice, a campaign aimed to improve the safety of the city after dark and raising awareness of street harassment and gender-based violence in the night-time economy; a project which is continuing into 2022.

### WESNET Rides Program
WESNET Rides Program which gives practical support to women as they rebuild their lives; from facilitating safe travel to or from shelters, to relocating families and enabling women to safely avoid their perpetrators.

### Fitted For Work Rides Program
A new partnership with Fitted For Work to help provide transportation to Fitted For Work clients; disadvantaged and underemployed women and non-binary folks, in order to help them gain access to Fitted For Work services and gain employment.

### Better Future for Women Partnership
Partnership to create micro-entrepreneurial opportunities for women from across marginalized sections of society, by skilling them and providing them with avenues to earn a sustainable livelihood.

> **Commented [8]:** @alex.madsen@uber.com strictly speaking this wasn't funded out of the APAC 2021 Driving Change budget
> _Assigned to alex.madsen@uber.com_

### Gender Sensitization Training
Partnership with the Manas foundation that has resulted in training 80K+ DPs. The training is aimed specifically to make driver-partners behave more respectfully with female riders, and also be more accommodative of the other gender in general.

## EMEA Partnerships & Initiatives
### Safety Education & SA/SM Prevention Education for Drivers
Expanded partnership with NISAA in South Africa to launch mandatory safety education for drivers aimed at fostering respectful interactions. Riders will also be sent education through the app. Partnered with JUMP in Belgium to roll out sexual misconduct education to drivers in Belgium, the Netherlands, Finland, Sweden, Norway, and Poland. We also partnered with KASHEF in Pakistan, Alnahda Society in KSA and RES Solutions/Harassmap International in Egypt, Jordan, Lebanon, UAE, Qatar and Bahrain to localize the mandatory safety education to Middle Eastern culture. The Middle eastern NGOs will be posting about our collaboration on their social media.

### Trauma informed training
In Egypt, RES Solutions held 5 online trainings of 4 hrs for our urgent response agents in the Cairo COE sensitizing them on what sexual assualt and misconduct are, how to identify sexual assault and misconduct and how to treat survivors of trauma. Through a presentation, videos, discussions and interactive role play the IRT agents were involved in the training and could practice their newly learned skills.

*Sexual Assault Campaign*
Launched a social and in-app campaign in the UK signposting users to the UK SAYS NO MORE educational resources, and encouraging people to take action.

*Referral to Survivors Resources Partnership*
Collectif féministe contre le viol (CFCV) runs a hotline for victims of GBV in France, offering counseling, support, and information on the steps victims can take, and uses the data it collects to help quanitfy and raise awareness of the reality of rape in France. Uber support agents in France refer survivors to the CFCV Hotline.

*Safety Free Rides*
In 2020-21, free rides to women victims of domestic violence has been one of the most effective proof point to positively shift perception of Uber for non-riders. A ministry, and even the President, publicly congratulated us for these actions. We need to continue to make our service available free-of-charge to those who really need it.

*Forces Femme Partnership (France)*
Less than 3% of women driving on our platform we face a lack of consideration and, eventually, some a priori thinking we would like to revert. After meeting with some NGO's to pick their brains on the topic, we ended up choosing to work with Force Femmes as per their commitment and mission.

Force Femmes supports women over 45 years old looking for a new economic opportunity, either a job or entrepreneurship. For this first initiative, we organized a webinar to discuss what it means to be a ride-sharing driver. Force Femmes ended up sending an email to more than a thousand women and we got only 17 inscriptions (still a huge room to grow to capture attention) from which 9 were present in the webinar.

## 2022-2023 Driving Change Requests

In October 2021, regions made clear requests for continued Driving Change funding for 2022-2023. Regions outlined where these funds would be spent and what was needed to continue and expand partnerships and programs to support the safety of women and vulnerable populations.

> **Commented [9]:** Am I right in thinking that we're only spending in [redacted]

**LATAM**
Requested: [redacted]
- Funds will support programs and partnerships in Brazil, Mexico & Argentina including:
  - SA/SM education research, development & implementation;
  - free rides for survivors of domestic violence;
  - gender-based violence awareness campaigns;
  - psychological support for survivors;
  - initiatives to increase women earners on the platform; and
  - maintenance & updates to the EVA platform.

**EMEA**
Requested: [redacted]
- Funds will support programs and partnerships in France, the UK and South Africa including:
  - SA/SM education research, development & implementation;

- free rides for survivors of domestic violence;
- female empowerment campaigns & initiatives; and
- gender-based violence awareness campaigns.

APAC
Requested:
- Funds will support programs and partnerships in India, Australia and New Zealand including:
  - gender sensitization and SA/SM education research, development & implementation;
  - by-stander intervention education;
  - female empowerment campaigns & initiatives;
  - LGBTQI+ resources & support;
  - engaging men in ending gender-based violence;
  - free rides for survivors of domestic violence; and
  - gender-based violence awareness campaigns.

US/C
Requested:
- Funds will support programs and partnerships in the US and Canada including:
  - expand resources and support for survivors (ex. USHER fund);
  - free rides for survivors of domestic violence;
  - expand campus safety initiatives; and
  - maintain & strengthen key partnerships.

Total Requested Globally:

> **Commented [10]:** I'm not familiar with some of these things... like USHER?

## Impact of Not Funding Driving Change
### LATAM
LATAM is one of the most violent regions for women, LGBTQ+, and black people to live in. Uber's platform reflects this unsafe environment in LATAM:
- Female riders are ▓ more concerned about safety on Uber's platform than men.
- Female earners are ▓ more likely to be the victim of sexual assault while they are driving.
- Even during the pandemic, racism and LGBTphobia incidents increased on the platform in LATAM.

Race, gender, and sexual orientation are the most relevant triggers to generate negative conversations (viral incidents) around the brand on social media in LATAM. Women's safety is the major safety risk in the industry for the region. Examples include:

- In Mexico and other SSL countries, 'attempted kidnapping' cases are very common (14 cases in media only in 2019). Situations follow a similar pattern: young female riders feel at risk and often jump out of the car or take other extreme measures, sometimes triggered by an inappropriate remark, a route deviation, other times by a misunderstanding.
- In August, 2019, a young woman reported a route deviation and theft attempt. For the past two years this story has garnered nearly 600 media articles, and originated other

> **Commented [11]:** This is quite long... we can keep it for detail in the doc, but I think we should articulate the key impacts in a series of short bullet points. Some of this also could be strengthened... for example, yes we worked with RAINN on a hotline, which is great. ▓ We should be clearer on these points throughout the doc.

- viral cases (one of them reached 100K likes in the first couple of days), as well as regulatory repercussions in Mexico City.
- In that same year, a young woman was sexually assaulted by a man posing as her Uber driver in Guadalajara. The case went viral, with repercussions in legislation and +150 media mentions. The perpetrator has been charged with several counts of this same crime, following the same M.O. These cases exemplify situations that are difficult to clarify publicly, particularly when our conclusions might contradict a victim's version.
- When it comes to Brazil, women safety is the most critical incident type in terms of public repercussions. Back in 2017 a feminist activist was raped during a trip and started a movement against the app, encouraging women to stop using Uber and sharing similar stories - ever since this a story that is always recalled by the media and relevant stakeholders.
- At least once a month, the Brazil team faces a critical women safety incident, so far, during this year there have been around 220 negative stories on the topic, during 2020 there was a total of 530 stories, and around 480 in 2019. The most recent viral incident was with a rider that jumped from the moving car after the driver tried to dope her (full coverage).

With cities reopening, events and demand returning, the LATAM team foresees an increase in incidents related to vulnerable populations and come back to public attention. Blocking LATAMs investments on women safety and inclusion initiatives will leave the region vulnerable to media scrutiny especially at this moment of reopening. The region relies on strong relationships and credibility that has been built over the last five years.

Long-standing partners and consistent educational programs

This year's announcements of partnerships and initiatives to support women's safety granted LATAM around 500 positive stories including: Free trips for women in domestic violence situation with Avon Institute (Full Coverage); Survey on women safety while commuting with Patricia Galvão Institute (Full Coverage); Victimization survey on women safety with Brazilian Public Security Forum (Full Coverage); Psychological Support channel with MeToo (Full Coverage).

Key plans for the region for 2022 that will get impacted without funding:

- Supporting women-led organizations in Mexico, working on the ground on a range of issues, from groups of mothers seeking justice to community soccer tournaments for women survivors or at risk.
- Providing thousands of rides for survivors of domestic violence
- Launching public videos and educational content on gender-based violence developed by specialists
- Expanding psychological support and resources for survivors
- Supporting five partnerships in Brazil that are critical for Uber's reputation on the women safety

### EMEA

The Driving Change fund has been instrumental in helping the EMEA Safety Ops team build customized solutions for a fragmented market. The partnerships built have helped in creating and delivering education content across different countries and different sensibilities across markets such as the Middle East and North Africa, Sub Saharan Africa, Europe (which include markets such as UKI, France, Nordics, Spain, Portugal, Germany etc.)

> **Commented [12]:** Have we had any prior DC funding to EMEA?

With the inclusion of Germany and Spain in the ▮▮▮▮ category, EMEA as a region covers ~40 markets (which include 4 ▮▮▮▮) with varying levels of legalities and hence, it is increasingly important for us to have partnerships in place ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Key plans for the region for 2022 that will be impacted without funding:
- New ▮▮▮▮ i.e. Germany and Spain are supported by EMEA Safety. We would require funding to help establish the right partnerships in these countries to endorse/support Women Safety and Vulnerable Populations initiatives such a Sexual Misconduct Education
- With the growing Eats business, it is also crucial to develop and deliver Sexual Misconduct Education for Couriers to help (2022 Project)
- Partnerships required to support the launch of Women Rider Preferred across the region
- Women Driver Engagement (2022 Program) will face impact from the budget cut as well

### APAC

The Driving Change program is a key demonstration of Uber's long-term commitment to women's safety and empowerment, and APAC has invested time and resources to develop constructive relationships with specialist organizations, which has opened doors for Uber to play a part in broader conversations in Australia around women's safety and empowerment. If those partnerships are lost, Uber risks losing the good will that we have built over the last 4 years, and losing respected advocates for Uber who have spoken to the media and regulators of our commitment to safety.

In recent months, Uber in APAC has received significant negative media attention, centred around on-app sexual assault incidents, and Uber's handling of such reports. (Examples: Bangalore L4 critical SA incident garnered 89+ media articles, Every day, two sexual assault or misconduct complaints hit Uber, Audit reveals Uber drivers accused of sexual misconduct stay on platform, Uber has allowed almost ALL of its drivers accused of sexual misconduct by passengers to KEEP their jobs, Ride-share driver indecently assaults women while on the job)

Specifically in ANZ, there is growing regulator scrutiny and pressure in relation to our incident management processes, with a recurring focus in audits on women's safety and instances of sexual assault & misconduct.

In market:
- Women in all markets globally feel less safe using rideshare, compared with men. Sexual assault is a key concern for many women when earning or riding with our platform.

- (ANZ) Female earners are ▮▮▮ (than males) to be the victim of interpersonal conflict while they are driving. This increases to ▮▮▮ when they have a male rider.
- (ANZ) 90%+ of women and girls feel unsafe in city centers after dark.

With key initiatives for 2022 planned within the women's space, the input of these credible and well respected subject matter experts is key to the successful implementation of these plans to really move the dial on women earner's participation, and the safety of the platform.

### Key plans for the region for 2022 that will get impacted without funding:

- Partners to support and endorse the launch of **Women Rider Preference** in ANZ (Q1), alongside the launch of our women's empowerment platform (*Driving Forward*), which maps to a key pillar of unlocking women and non-binary earner representation (at present, women make up ▮ of driver-partners in ANZ).
    - Fitted For Work (Driving Change Partner) will provide educational services to women and non-binary DPs, as a supporting initiative for or Driving Forward platform, to further bring the narrative away from safety and entrench it in empowerment, and assist these earners in gaining financial independence.
- Earner SA/SM education revamp, including mandatory and optional driver-partner educational content, addition of bystander intervention materials, and reactive education to be provided to reported-against parties after a first SA/SM report, to reduce SA/SM reports and increase fairness and transparency.
- In light of the recent P2P audit findings regarding Uber's sexual assault handling practies, a complete review of the SA/SM processes is scoped for 2022 (inclusive of saved replies, agent training, encouraging reporting, support available to involved parties). Without the specialist input of a SA/SM SME organization we will not be able to complete this work to the required standard.
- Throughout 2021 (and in years prior) we have engaged in numerous conversations with transport regulators across ANZ, where we have advocated for Consent Based Reporting of victim-survivor PII. RespectEd Aotearoa (NZ) and WESNET (AU) have been invaluable contributors to these conversations, advocating for Uber and bringing regulators on side with the necessity of this approach. These conversations are ongoing in New Zealand, New South Wales, and Western Australia, and are likely to arise elsewhere, particularly in relation to audits of our compliance in regards to reporting notifiable incidents.
- Uber is a signatory to the Greater Sydney Commissions Women's Safety Charter, and is soon to sign onto the City of Melbourne Night Safety Charter. Our Driving Change partnerships have enabled us to be involved in the early stage planning of these Charters with government officials, and the Driving Change Program is an excellent demonstration of how we meet the charter principles to which we have signed on.
- Continuation of the driver gender sensitisation program in India, with expansion to Sri Lanka and Bangladesh, to continue to raise awareness of gender inequality and drive down SA/SM incidents. Furthermore, a version of this training will be piloted & given to non-Uber drivers in association with multiple NGOs.

### US/C

Funding partnerships with organizations focused on sexual assault and misconduct, domestic abuse, and gender-based violence plays a critical role in the US&C's safety strategy. While being able to highlight these partnerships publicly (and provide them with funding) has intrinsic

value, they also provide a variety of practical benefits that materially improve our efforts to minimize the risk of and respond to incidents involving sexual assault and misconduct.

For example, through Uber's partnership with RAINN we have developed sensitivity training for internal investigators, sexual misconduct and assault education for earners, and a Survivor Resource's Fund and Hotline. Further, Uber worked with RALIANCE to develop awareness and prevention messaging for earners as well as internal employees. This partnership evolved to drive sexual violence monitoring and prevention efforts across industries.

The budget for Safety Operations is limited at the local level and needs to be distributed across a variety of safety initiatives (e.g. road safety, food safety, Identity monitoring, and more). It is also subject to approval by regional Finance and Business leaders. This constrains the amount that can be dedicated to supporting partnerships focused on sexual violence and highlights the need for a separate pool of funds. Driving Change has been key in US/C in supporting more targeted initiatives for women's safety.

In practical terms, these partnerships play a critical role in reviewing policies / products focused on sexual violence, helping to develop and review comms and educational materials shared with drivers, establish programs like the resources hotline that can assist survivors of sexual assault, providing critical guidance on how we can continue to evolve and grow as a safety organization, and lending public credibility to our women's safety initiatives.

Key plans for the region for 2022 that will be impacted without funding:

- Uber is preparing to release another Safety Report in the US. The previous report led to significant media attention on the rate of sexual assault on the platform (examples here and here) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
- Research from 2019 found that female drivers make up only ▮▮▮▮▮▮ in the US&C and that ▮▮▮▮▮▮▮▮▮ believed Uber was not doing enough to prevent sexual assault. In 2022, the Safety Operations team would like to drive the number of women drivers higher by, in part, demonstrating a meaningful and consistent commitment to reducing sexual violence on the platform.
- In alignment with the new Safety Report, the US/C is hoping to increase and strengthen campus safety initiatives across the region in 2022.

### Request

The original intent of Driving Change when launched in 2017, was to commit $5M over 5 years to fund programmatic partnerships focused on sexual violence intervention and prevention. As we reach the end of that 5 year mark, it is imperative that the business re-commit to funding programs, projects & partnerships that work to end gender-based violence.

The Social Impact department has held the Driving Change budget for the last several years (2019-2021). With the announcement that the Social Impact team's budget was cut, they are no longer able to support Driving Change. Prior to 2019, the Driving Change budget was overseen by Tracey Breeden, ex Head of Women's Safety.

We request that:

- The business recommit to the Driving Change initiative by allocating at least ▇ annually to programs, projects & partnerships that work to end gender-based violence both on and off Uber's platform (▇ requested for US/C, and ▇ requested across APAC, EMEA & LATAM).
- Move the Driving Change budget back to Central Safety Operations, under Core Services, to be managed centrally by the Central Women's Safety Team in collaboration with the Central Policy Team.

Without a clear commitment or understanding of ongoing funding, regions are left unsure how to plan for and sustain key NGO relationships and partnerships. While another announcement for continued funding for 5 more years would be well advised given the pending release of the new Safety Report, the need for more consistent and sustainable funding is the priority.

These funds should be an ongoing consistent commitment Uber makes in part because:
1. These partnerships are essential. **Women's safety issues pose a significant risk to the business**, not only in reputation, but consumer preference and regulatory impact. ▇
▇
2. We must **maintain continuity.** We have invested in this space for the past 4-5 years, building relationships and slowly earning recognition as relevant actors in the prevention and intervention of gender-based violence. We have positioned ourselves as leaders in this space. Pulling out of this agenda now means risking what has been built so far.
3. **Women's safety is a key differentiator against competition.** We've gained a reputational advantage, and it is critical to maintain that credibility as competition grows.
4. **We have moved safety to a core value** that isn't just a recurring priority -- but rather a key fiber of our culture and being. The Driving Change funding is a reflection of this value.
5. **We are about to release our second US Safety Report.** As we prepare to release the US safety report, it is imperative that Uber continue to invest in our NGO partners. In Uber's first US Safety Report in 2019, the Driving Change commitment is highlighted and uplifted as one of the key ways Uber is addressing violence prevention and intervention on the platform. If we are able to present a bolder and more consistent plan for Driving Change, we concretely demonstrate our commitment to ending gender-based violence both on the platform and in our communities.

### Roles & Responsibilities if Request is Granted
#### Central Women's Safety Operations Team
- Set overall strategy for Driving Change funds
- Develop annual criteria for use of Driving Change funds
    - Develop templates & vetting criteria for regions to use when utilizing funds
- Develop system for regions to request Driving Change funds on an annual basis
- Manage requests and make final decision on annual Driving Change allocations regionally
- Track use of funds, develop evaluation criteria

#### Central Women's Safety Policy Team

- Act as a consultant on Driving Change allocation process, criteria & vetting processes
- Manage US/C Driving Change funds ▮ requested), including navigating key partnerships and programs
- Manage relationships with local US/C policy teams to distribute in-kind funds (such as free rides)
- Manage contracts with partners as needed (ex. Ujima, RAINN, RALLIANCE, etc)
- Track use of funds & report use and effectiveness to Central Women's Safety team

**Commented [13]:** @maiolino@uber.com we should not be managing free rides processes.

### Regional Women's Safety POCs in APAC, LATAM & EMEA ▮ total requested)

- Manage regional allocation of Driving Change funds, including navigating key partnerships and programs
- Manage relationships with local policy & ops teams to distribute in-kind funds (such as free rides)
- Manage contracts with partners as needed
- Track use of funds & report use and effectiveness to Central Women's Safety team

### Central Social Impact Team

- Align on goals for women's safety annually
- Give input on overall Driving Change strategy, as needed, to align with larger Social Impact strategy
- Align on vetting criteria & evaluation systems

## Relevant Documents

- 2017 Driving Change launch - blog post
- 2018 expansion of Driving Change funding - blog post
- 2019 Blog Post
- 2021 Driving Change commitments - blog post
- 2022 Driving Change Blog Post