[Submitting counsel below]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB<br><br>**JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION** |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | Judge: Hon. Charles R. Breyer<br><br>Courtroom: 6 – 17th Floor |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>      Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>      Defendants. | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge: Hon. Charles R. Breyer<br><br>Courtroom: 501<br><br>**JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION** |

The parties respectfully submit this joint stipulation regarding jurors that the parties agree should be excused. Specifically, the parties agree to excuse the following jurors:

009

020

222

240

Dated: January 7, 2026                    Respectfully submitted,

/s/ *Laura Vartain Horn*
Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

*Attorneys for Defendants*

1
JOINT PRE-TRIAL STIPULATION REGARDING JURY SELECTION

|   |   |
|---|---|
| | UBER TECHNOLOGIES, INC., RASIER, LLC, And RASIER-CA, LLC |
| Dated: January 7, 2026 | |
| | */s/ Sarah R. London* <br> Sarah R. London (SBN 267093) <br> **GIRARD SHARP LLP** <br> 601 California St., Suite 1400 <br> San Francisco, CA 94108 <br> Telephone: (415) 981-4800 <br> slondon@girardsharp.com |
| | *Roopal P. Luhana* <br> Roopal P. Luhana <br> **CHAFFIN LUHANA LLP** <br> 600 Third Avenue, 12th Floor <br> New York, NY 10016 <br> Telephone: (888) 480-1123 <br> Facsimile: (888) 499-1123 <br> luhana@chaffinluhana.com |
| | */s/ Rachel B. Abrams* <br> Rachel B. Abrams (SBN 209316) <br> **PEIFFER WOLF CARR KANE CONWAY & WISE, LLP** <br> 555 Montgomery Street, Suite 820 <br> San Francisco, CA 94111 <br> Telephone: (415) 426-5641 <br> Facsimile: (415) 840-9435 <br> rabrams@peifferwolf.com <br> <br> *Co-Lead Counsel for Plaintiffs* |

**<u>ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

Dated: January 7, 2026 /s/ Laura Vartain Horn
Laura Vartain Horn

\* \* \*

**O R D E R**

IT IS SO ORDERED.

Dated: _____

Hon. Charles. R. Breyer
United States District Judge

3