# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION,<br><br>This Document Relates to:<br><br>*Jaylynn Dean v. Uber Technologies, Inc., et al.*, No. 3:23-cv-06708 | Case No. 3:23-md-03084-CRB<br><br>**DECLARATION OF LAURA VARTAIN HORN IN SUPPORT OF DEFENDANTS' TRIAL MOTION TO EXCLUDE COMPANY-CULTURE EVIDENCE**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  Courtroom 6 – 17th Floor<br><br>Trial Date: January 13, 2026 |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>   Plaintiff,<br><br>v. UBER TECHNOLOGIES, INC., et al.,<br><br>   Defendants | CASE NO. 25-cv-4276-PHX-CRB<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom:  501 |

## DECLARATION OF LAURA VARTAIN HORN

I, Laura Vartain Horn, declare as follows:

1. I am an attorney at law and duly licensed to practice before the U.S. District Court for the Northern District of California, and am admitted to practice *pro hac vice* before this Court in the U.S. District Court of Arizona. I am a partner at the law firm of Kirkland & Ellis LLP and an attorney of record for Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC (collectively, "Uber" or "Defendants"). I have personal knowledge of the facts set forth in this Declaration and, if called to testify as a witness, could and would do so under oath.

2. I submit this declaration in support of Defendants' Trial Motion to Exclude Company-Culture Evidence in *Jaylynn Dean v. Uber Technologies Inc., et al.*, N.D. Cal. No. 23-md-03084; D. Ariz. No. 25-cv-4276.

3. Attached to this Declaration as **Exhibit 1** is a true and correct copy of Trial Exhibit P-01858, identified as Exhibit 1347 at the July 3, 2025 deposition of Travis Kalanick.

4. Attached to this Declaration as **Exhibit 2** is a true and correct copy of pages 183 to 188 of the deposition of Travis Kalanick, taken on July 3, 2025.

5. Attached to this Declaration as **Exhibit 3** is a true and correct copy of Trial Exhibit P-01856, identified as Exhibit 1345 at the July 3, 2025 deposition of Travis Kalanick.

6. Attached to this Declaration as **Exhibit 4** is a true and correct copy of pages 175 to 176 of the deposition of Travis Kalanick, taken on July 3, 2025.

7. Attached to this Declaration as **Exhibit 5** is a true and correct copy of pages 305 to 311 of the deposition of Travis Kalanick, taken on July 3, 2025.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2026.

/s/ *Laura Vartain Horn*
Laura Vartain Horn