# EXHIBIT 2

1    are reading it accurately.  You're reading the
2    article accurately.
3        Q.  And then you go to the second page.
4        A.  Yeah.
5        Q.  And then it goes on to say, it's "valid
6    for a maximum run of 20 minutes"; right?
7        A.  Yeah.  I see that, too, yes.
8            MS. LUHANA:  Okay.  You can set that
9        aside.
10           Let's mark as Exhibit 1347, TK-67.
11           (Exhibit 1347 was received and marked
12           for identification on received and marked
13           attached hereto.)
14   BY MS. LUHANA:
15       Q.  This is titled "Uber's Group Visit to
16   Seoul Escort Bar Sparked HR Complaint."  It's
17   dated March 25, 2017.
18           Mr. Kalanick -- Kalanick, Gabi Holzwarth
19   was your girlfriend; right?
20       A.  Yeah.
21       Q.  In 2014 you and other Uber executives
22   attended an escort bar, where some of you chose
23   women by calling out the number on their tags.
24           MR. BROWN:  Object to the form.
25   ///

1    BY MS. LUHANA:
2        Q.   Right?
3        A.   I didn't see anything of that nature at
4    all.
5        Q.   If you look at the first page of this
6    article.
7        A.   Yeah.  Yeah.
8        Q.   The first paragraph, it says, "At the
9    bar" -- well, before that.
10            It says that [as read] "Gabi was with
11       Mr. Kalanick when he and a team of five Uber
12       employees visited an escort-karaoke bar in
13       Seoul in mid-2014.  'At the bar, women sat in
14       a circle, identified by numbered tags.  Four
15       male Uber passen- -- managers picked women
16       out of the group, calling out their numbers,
17       and sat with them,' she says."  Right?
18            So in 2014 you and other Uber executives
19   attended this escort bar where some of you chose
20   women by calling out the number on their tags;
21   right?
22       A.   Again, I -- I didn't see any escorts
23   there at all.  We went to a karaoke bar.
24       Q.   Okay.  So you deny the account of this
25   happening?

1      A.   We went to a karaoke bar, for sure.
2      Q.   Okay.  But no escorts?
3      A.   I didn't see anything like that.
4      Q.   Okay.
5      A.   I was with my girlfriend.
6      Q.   So let's see what your girlfriend said.
7   This came out in the press in March 2017.
8      A.   Yeah.
9      Q.   And if you look at the second page.
10     A.   Yeah.
11     Q.   It says:
12          "This was when the Susan Fowler story
13     happened to come out of sexual harassment
14     that took place at Uber where Uber didn't do
15     anything."
16          But it says, [as read] "And three weeks
17     ago, amidst rising controversy of -- over
18     Uber's male-dominated workplace culture,
19     Ms. Holzwarth alleges that Uber's senior VP
20     of business, Emil Michael, who was in the
21     Uber group that visited the escort karaoke
22     bar, called her and said he feared the South
23     Korea incident would be discovered by the
24     press.  He repeatedly asked her not to tell
25     anyone who asked about it that the group had

1      visited this karaoke bar, she says."
2           Right?
3      A.   You are accurately reading the story.
4      Q.   And then he goes on to say:
5           "I want to just make sure that if the
6      story comes out, that she would just say they
7      went to karaoke and had a good time."  That's
8      what Mr. Michael said, according to
9      Mr. Holzwarth; correct?
10     A.   You continue to read accurately.
11     Q.   And then he had asked Ms. Holzwarth to
12   lie, right, and she called you to tell you how
13   upset she was at Mr. Michael's call.
14          Do you see that there?
15          "Mr. Michael's call prompted her to
16     discuss her concerns with Uber's top public
17     relations executive, Rachel Whetstone, and
18     Mr. Kalanick, among other people."
19          Do you see that there?
20     A.   I see that, yeah.
21     Q.   And she goes on to say:
22          "'I'm not going to lie for them,' she
23     said in an interview with The Information
24     this week."
25          And then she said, "In the interview, she

Travis Kalanick
July 03, 2025

1      described Mr. Kalanick as 'a part of a class
2      of privileged men who have been taught they
3      can do whatever they want, and now they
4      can.'"
5           Did I read that accurately?
6      A.  Yeah, I think so.
7      Q.  Okay.  You dated her for how long?
8      A.  I think it was, like, two and a half
9  years, yeah.
10     Q.  Okay.  And you didn't choose to fire
11 Mr. Michael over this incident; right?
12     A.  I did not, no.
13     Q.  Okay.  Was taking Uber employees to strip
14 clubs a fairly common occurrence when you were
15 running Uber?
16          MS. BROWN:  Object to form.
17          THE WITNESS:  No.  I don't --
18 BY MS. LUHANA:
19     Q.  You don't --
20     A.  I never -- I don't remember going to a
21 strip club with -- what did you say, with -- or I
22 remember one strip club, and that was in 2010.
23          But I don't -- this was not a strip club.
24     Q.  You don't recall regular trips to strip
25 clubs?

Travis Kalanick
July 03, 2025

1   A.   No, not at all.   No.
2   [redacted]
3   [redacted]
4   [redacted]
5   [redacted]
6   [redacted]
7   [redacted]
8   [redacted]
9   [redacted]
10  [redacted]
11  [redacted]
12  [redacted]
13  [redacted]
14  [redacted]
15  [redacted]
16  [redacted]
17  [redacted]
18  [redacted]
19  [redacted]
20  [redacted]
21  [redacted]
22  [redacted]
23  [redacted]
24  [redacted]
25  [redacted]