# EXHIBIT 4

```
 1    right?
 2         A.   No.
 3         Q.   So we'll talk about what led to your
 4    forced resignation, but let's talk about the
 5    Boob-er incident.
 6              Do you remember it?
 7         A.   Which incident?
 8         Q.   The Boob-er incident.
 9         A.   Oh, yes, I remember that.  Yeah.
10         Q.   You were interviewed by a reporter from
11    GQ in early 2014; right?
12         A.   Yes.  Yeah.
13         Q.   GQ is a men's magazine known for
14    publishing articles about sex and men's culture;
15    right?
16         A.   I'm not keeping up on it.
17         Q.   Sure.
18              But generally, that's what it's about,
19    and it tends to be misogynistic?
20              Would you agree with that?
21         A.   I have no idea.  That might be true.  I
22    just don't know.
23         Q.   Okay.  You made a comment to a reporter
24    where you referred to Uber as "Boob-er" because
25    Uber had raised your desirability with women.
```

Travis Kalanick
July 03, 2025

1          Do you remember that?
2     A.   I don't believe that occurred.
3     Q.   And you said it helps you get women "on
4  demand."
5     A.   I don't believe I said that.
6     Q.   Do you deny bragging to the GQ reporter
7  that Uber helped you get women?
8     A.   Yes, I deny that.

