# EXHIBIT 5

1  ███████████████████████████████████
2  ███████████████████████████████████
3  ███████████████████████████████████
4  ███████████████████████████████████
5  ███████████████████████████████████
6  ███████████████████████████████████
7  ███████████████████████████████████
8  ███████████████████████████████████
9  ███████████████████████████████████
10 ███████████████████████████████████
11 ███████████████████████████████████
12 ███████████████████████████████████
13 ███████████████████████████████████
14 ███████████████████████████████████
15 ███████████████████████████████████
16 ███████████████████████████████████
17     BY MR. WILLIAMS:
18         Q.  Okay.  I want to go -- move on -- let's
19     to Tab 26, Eric Alexander.
20             He was one of your top people; right?
21         A.  I wouldn't put him as one of my top
22     people.
23         Q.  Okay.  Were you -- what did he do for
24     you?
25         A.  He worked for somebody who worked for me.

1      Q.  Okay.
2      A.  He was a business development guy in
3   Asia.
4      Q.  In Asia?
5      A.  Yeah.
6      Q.  And you had -- Uber had expanded to
7   India; right?
8      A.  Yes.
9      Q.  And you got kicked out of Delhi.  Why did
10  you -- Uber get kicked out of Delhi?
11     A.  There was -- there was an incident in
12  2014, like a -- some sort of, like, assault.  Some
13  incident involving a female passenger that became
14  a pretty -- a pretty serious situation, and -- and
15  I -- there was some period of time where we were
16  not operating in Delhi.
17     Q.  An Uber driver raped an Uber passenger in
18  India; correct?
19         THE VIDEOGRAPHER:  You're covering the
20      microphone.
21         THE WITNESS:  I don't know the details,
22      but it's something -- it was a very serious
23      assault.  And I don't know -- I don't know
24      the details exactly.
25  ///

Travis Kalanick
July 03, 2025

1    BY MR. WILLIAMS:
2         Q.  You got kicked out of the country, and
3    you don't know the details?
4              MR. BROWN:  Objection.  Form.
5              THE WITNESS:  It was 11 years ago, and I
6         don't remember all of the details.
7    BY MR. WILLIAMS:
8         Q.  And --
9         A.  I was very clear; there was some kind of
10   serious assault that was part of the -- part of
11   this -- part of the issue.
12        Q.  Did Mr. Alexander somehow steal this
13   victim's medical records?
14             MS. BROWN:  Object to form.
15             THE WITNESS:  I believe he had possession
16        of medical records.
17   BY MR. WILLIAMS:
18        Q.  Could you explain how he came into
19   possession of the rape victim's medical records?
20        A.  I am not sure.
21        Q.  Did you find out that he had the rape
22   victim's medical records?
23        A.  Yes.
24        Q.  Did you fire him when you found out he
25   had them?

```
 1          A.  No.  We had them taken back.
 2          Q.  Did you ask him how he got them?
 3          A.  Like, my -- my recollection is that there
 4   was a private investigator, or something along
 5   these lines, who had access to it.
 6          Q.  A private investigator hired by who?
 7          A.  I'm not sure.  It was something like
 8   that.  It was a long time ago, but it was
 9   something like that.
10          Q.  You don't know who hired the private
11   investigator?
12              MR. BROWN:  Object to the form.
13              THE WITNESS:  It was 11 years ago.
14   BY MR. WILLIAMS:
15          Q.  Who would have motive to hire a private
16   investigator to go and get a victim's medical
17   records?  Who would have that motive other than
18   Uber?
19              MR. BROWN:  Form.
20              THE WITNESS:  I understand what you're
21         saying.  I just don't recall specifics.
22              But I do know that he had possession of
23         them, and we did -- we acted as fiercely as
24         we could to get them from him, and to make
25         sure that he no longer was carrying them.
```

Travis Kalanick
July 03, 2025

```
 1   BY MR. WILLIAMS:
 2        Q.   It was the wrong thing to do for him to
 3   have her private medical records; you agree?
 4        A.   I think -- I think that's accurate.
 5        Q.   It's despicable, wouldn't you say?
 6             MS. BROWN:  Object to the form.
 7             THE WITNESS:  I think it was most
 8        definitely that.  Not good.
 9   BY MR. WILLIAMS:
10        Q.   And you -- is it ever appropriate to
11   treat a rape victim that way by -- by having an
12   investigator somehow get their private medical
13   records?
14             MS. BROWN:  Objection to the form.
15             THE WITNESS:  I don't remember the
16        details of the situation.  I do remember
17        there was like a large request, like a 20- or
18        $30 million request from the victim, and
19        there was a desire to try to understand the
20        details of the situation.
21   BY MR. WILLIAMS:
22        Q.   Do you believe that that was ethical --
23             MS. BROWN:  Objection to the form of the
24        question.
25   ///
```

1  BY MR. WILLIAMS:
2      Q.  -- ethical to have an investigator steal
3  her private medical records?
4          MS. BROWN:  Objection to form.
5          THE WITNESS:  Oh, definitely not.  If
6      that's what happened, definitely not.  I
7      don't know what the laws are in India but
8      most definitely not.
9  BY MR. WILLIAMS:
10     Q.  Does it fit the core values of Uber?
11         MS. BROWN:  Objection.  Form.
12         THE WITNESS:  No.  No.  I would say --
13 BY MR. WILLIAMS:
14     Q.  Did you fire him when you found out?
15     A.  Again, I don't remember the details of
16 how he accessed it and whether that access was
17 legal or not.  I don't know.
18         But I think that's a key -- it would be a
19 key determination.
20     Q.  Yeah.
21         So I assume you launched an investigation
22 to find out if it was legal or not, how he got
23 access; and what did your investigation reveal?
24         MS. BROWN:  Objection.  Form.
25         THE WITNESS:  I don't recall.

```
 1   BY MR. WILLIAMS:
 2       Q.  You ignored it?
 3           MS. BROWN:  Object to the form.
 4           MR. BROWN:  Objection.
 5           THE WITNESS:  That's not what I said.
 6   BY MR. WILLIAMS:
 7       Q.  Did you take action on it?
 8       A.  I think I said I don't recall.
 9       Q.  Why would you not take action on
10   something that important?
11           MR. BROWN:  Objection.  Misstates prior
12       testimony.
13           THE WITNESS:  I think I've answered the
14       question.
15   BY MR. WILLIAMS:
16       Q.  Did your own comms person send you the
17   information outlining all of these details of --
18   of what happened?
19       A.  I'm not sure.
20           MR. WILLIAMS:  Let's bring up Tab 21.
21           MR. MELUGIN:  This will be 4808.
22           (Exhibit 4808 was received and marked
23           for identification on received and marked
24           attached hereto.)
25   ///
```