# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Jury Trial Minutes

Date:  January 13, 2026                                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Jennifer Pancratz, Teri Verse
Time: 5 Hours and 40 Minutes
Case No.:  2:25-cv-04276 CRB
Case Name:  Jaylynn Dean v. Uber Technologies, Inc., et al.

Attorney(s) for Plaintiff:  Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana

Attorney(s) for Defendant(s):  Laura Elizabeth Vartain Horn, Tara Blake, Kimberly Bueno

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Plaintiff opening statement.  Defendant opening statement. Further jury trial set for January 14, 2026 at 9:15 a.m.

Plaintiff's Witnesses Sworn: Minette Drumwright

Plaintiff's Exhibits Marked and Admitted: P00123, P00176, P00195, P00260, P00301, P00304, P00306, P00308, P00312, P00383, P00487, P00304, P00579, P00694, P00711, P00736, P00740, P00760, PO1177, P01423 P01157, PO1447, P01572, PO01573, P01826, P01850, P01857, P01860, P03069, PO3145, P03684, P03685, P04506