UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Jury Trial Minutes

Date: January 15, 2026                             Judge: Honorable Charles R. Breyer

Court Reporter: Christine Coaly, Jennifer Pancratz
Time: 6 Hours and 1 Minute
Case No.: 2:25-cv-04276 CRB
Case Name: Jaylynn Dean v. Uber Technologies, Inc., et al.

Attorney(s) for Plaintiff: Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Rachel Abrams, Tiffany Ellis, William Smith

Attorney(s) for Defendant(s): Laura Vartain Horn, Tara Blake, Kimberly Bueno, Jonathan Schneller

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Further jury trial set for January 16, 2026 at 9:15 a.m.

Video Depositions Displayed: Elizabeth Ross, Andrew Hasbun

Plaintiff's Witnesses Sworn: Veronique Valliere

Plaintiff's Exhibits Marked and Admitted: P00283, P00292, P00297, P00299, P00302, P00305, P00311, P00319, P00320, P00321, P00339, P00489, P00753, P00800, P00865, P01256, P01290, P01419, P01528, P01803, PO2384, P02458, P03554, P03237, P03635, P04507, P04508