UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 2:25-cv-04276-CRB
Case Name: <u>Jaylynn Dean v. Uber Technologies, Inc.</u>

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Tiffany Ellis, William Smith, An Truong | Laura Vartain Horn, Kimberly Bueno, Tara Blake, Jonathan Schneller |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 20, 2026 | Jennifer Pancratz, Teri Veres | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:12 a.m. | | | Judge cried-in. Court Reporter: Jennifer Pancratz All parties present. Jurors not present. Preliminary matters discussed. Defendant's withdraws the admission of Exhibit 4427 (entered in error, the correct exhibit number – 4227) | |
| | 4227 | | X | X | Defendant's Exhibit 4227 admitted (previously admitted on 1/16/2026 – clarifying the record) | |
| | | 9:20 a.m. | | | All jurors present. Plaintiff video-deposition **Rebecca Payne** displayed to the jurors | |
| P01457 | | | X | X | Plaintiff's Exhibit P01457 Copy of Women's safety engagement plan - UBER_JCCP_MDL_000959841 | |
| P01462 | | | X | X | Plaintiff's Exhibit P01462 Safety Product Jam with Chris Cox - Takeaways - UBER000181228 | |
| P01463 | | | X | X | Plaintiff's Exhibit P01463 A-C Privilege - WRP US Launch Decision - UBER_JCCP_MDL_003233092 | |
| P01464 | | | X | X | Plaintiff's Exhibit P01464 Re: Jill's thoughts on Women Rider Preferred. - UBER_JCCP_MDL_004160506 | |
| P01465 | | | X | X | Plaintiff's Exhibit P01465 Re: S&I Data Analytics / Ops DS Newsletter - Feb 2021 - UBER_JCCP_MDL_000371151 | |
| P01467 | | | X | X | Plaintiff's Exhibit P01467 Re: [For DK] ELT Meeting Agenda 4/6 - UBER_JCCP_MDL_001163716 | |
| P01468 | | | X | X | Plaintiff's Exhibit P01468 Email - UBER_JCCP_MDL_001715523 | |
| P01469 | | | X | X | Plaintiff's Exhibit P01469 | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | UBER_JCCP_MDL_003664790 | |
| P01474 | | | X | X | Plaintiff's Exhibit P01474<br>Re: WRP US decision - UBER_JCCP_MDL_001709709 | |
| P01475 | | | X | X | Plaintiff's Exhibit P01475<br>Re: Women Rider Preference - US Context - UBER_JCCP_MDL_003375025 | |
| P01476 | | | X | X | Plaintiff's Exhibit P01476<br>Re: [A/C Privilege] Women Rider Preferred - US Decision - UBER_JCCP_MDL_003918074 | |
| P01479 | | | X | X | Plaintiff's Exhibit P01479<br>ACP & CONFIDENTIAL- Women Rider Preferred - ELT US - UBER_JCCP_MDL_001858327 | |
| P01481 | | | X | X | Plaintiff's Exhibit P01481<br>Fwd: [ACP] Women Rider Preferred - US Decision - UBER_JCCP_MDL_003682972 | |
| P01482 | | | X | X | Plaintiff's Exhibit P01482<br>UBER_JCCP_MDL_001462106 | |
| P01483 | | | X | X | Plaintiff's Exhibit P01483<br>Fwd: ACP - Lyft announcement heads up - UBER_JCCP_MDL_003382219 | |
| P01484 | | | X | X | Plaintiff's Exhibit P01484<br>UBER_JCCP_MDL_001683396 | |
| P01480 | | | X | X | Plaintiff's Exhibit P01480<br>Re: Women rider preferred - UBER_JCCP_MDL_003374988 | |
| P01492 | | | X | X | Plaintiff's Exhibit P01492<br>Women Preferences - Product internal - UBER_JCCP_MDL_003040649 | |
| | | 10:30 a.m. | | | Court in recess | |
| | | 10:46 a.m.<br><br>10:48 a.m.<br>10:49 a.m. | | | Court reconvened.  Court Reporter: Jennifer Pancratz<br>All parties present.<br>All jurors present<br>Plaintiff's witness sworn<br>**Allison Cissna** | |
| P00007 | | | X | X | Plaintiff's Exhibit P00007<br>Cissna, Ex. 2 - UBER_JCCP_MDL_000120465 | |
| P00008 | | | X | X | Plaintiff's Exhibit P00008<br>Cissna, Ex. 3 - UBER_JCCP_MDL_001111143 | |
| P03461 | | | X | X | Plaintiff's Exhibit P03461<br>1046_40_Dean, Jaylynn - req 24.csv - UBER-MDL3084-DFS00003652 | |
| P00502 | | | X | X | Plaintiff's Exhibit P00502<br>UBER-MDL3084-BW-00000015 | |
| P00631 | | | X | X | Plaintiff's Exhibit P00631<br>1046 Jaylynn Dean Driver Hassan Turay Feedback and Ratings.csv® - UBER-MDL3084-BW-000050792 | |
| P03341 | | | X | X | Plaintiff's Exhibit P03341 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1046 Jaylynn Dean - UBER-MDL3084-BW-00008019 | |
| P00502 | | | X | | Plaintiff's Exhibit P00502 previously admitted | |
| P03338 | | | X | X | Plaintiff's Exhibit P03338<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00007842 | |
| P00631 | | | X | | Plaintiff's Exhibit P00631 previously admitted | |
| P00502 | | | X | | Plaintiff's Exhibit P00502 previously admitted | |
| P03342 | | | X | X | Plaintiff's Exhibit P03342<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008039 | |
| P00503 | | | X | X | Plaintiff's Exhibit P00503<br>1046_40_Dean, Jaylynn_Req 26_3.png - UBER-MDL3084-DFS00159600 | |
| P03465 | | | X | X | Plaintiff's Exhibit P03456<br>1046_40_Dean, Jaylynn_26_13.pdf - UBER-MDL3084-DFS00003689 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted | |
| P00502 | | | X | | Plaintiff's Exhibit P00502 previously admitted | |
| | | 12:09 p.m. | | | Court in recess | |
| | | 1:00 p.m.<br><br>1:02 p.m. | | | Court reconvened.  Court Reporter: Teri Veres<br>All parties present.<br>All jurors present<br>Plaintiff's witness direct-examination Allison Cissna | |
| P00504 | | | X | X | Plaintiff's Exhibit P00504<br>1046_40_Dean, Jaylynn_26_12.pdf - UBER-MDL3084-DFS00003688 | |
| P03467 | | | X | X | Plaintiff's Exhibit P03467<br>1046_40_Dean, Jaylynn_26_17.pdf - UBER-MDL3084-DFS00003696 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted | |
| P00502 | | | X | | Plaintiff's Exhibit P00502 previously admitted | |
| P00631 | | | X | | Plaintiff's Exhibit P00631 previously admitted | |
| P03597 | | | X | X | Plaintiff's Exhibit P03597<br>UBER-MDL3084-DFS00159697 | |
| P03592 | | | X | X | Plaintiff's Exhibit P03592<br>UBER-MDL3084-DFS00159664 | |
| P03596 | | | X | X | Plaintiff's Exhibit P03596<br>UBER-MDL3084-DFS00159695 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted (Row 6818 Recreation by Counsel portion demonstrative) | |
| P03595 | | | X | X | Plaintiff's Exhibit P03595<br>UBER-MDL3084-DFS00159692 | |
| P03344 | | | X | X | Plaintiff's Exhibit P03344<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008058 | |
| P03594 | | | X | X | Plaintiff's Exhibit P03594 | |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | UBER-MDL3084-DFS00159674 | |
| P03589 | | | X | X | Plaintiff's Exhibit P03589<br>UBER-MDL3084-DFS00003702 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted | |
| P03590 | | | X | X | Plaintiff's Exhibit P03590<br>UBER-MDL3084-DFS00003743 | |
| P00508 | | | X | X | Plaintiff's Exhibit P00508<br>1046_40_Dean, Jaylynn_26_21.docx - UBER-MDL3084-DFS00003711 | |
| P03593 | | | X | X | Plaintiff's Exhibit P03593<br>UBER-MDL3084-DFS00159669 | |
| P03500 | | | X | X | Plaintiff's Exhibit P03500<br>1046_40_Dean, Jaylynn_Req 26_18.WAV - UBER-MDL3084-DFS00159680 | |
| P03478 | | | X | X | Plaintiff's Exhibit P03478<br>1046_40_Dean, Jaylynn_31d_4.WAV - UBER-MDL3084-DFS00003741 | |
| P03593 | | | X | | Plaintiff's Exhibit P03593 previously admitted | |
| P03471 | | | X | X | Plaintiff's Exhibit P03471<br>1046_40_Dean, Jaylynn_31d_12.png - UBER-MDL3084-DFS00003719 | |
| P00508 | | | X | | Plaintiff's Exhibit P00508 previously admitted | |
| | | 2:30 p.m. | | | Court in recess | |
| | | 2:50 p.m.<br><br>2:52 p.m. | | | Court reconvened. Court Reporter: Teri Veres<br>All parties present.<br>All jurors present<br>Plaintiff's witness direct-examination Allison Cissna | |
| P03334 | | (withdrawn) | X | | Plaintiff's Exhibit P03334 (withdrawn) | |
| P03373 | | | X | X | Plaintiff's Exhibit P03373<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008646 | |
| P03376 | | | X | X | Plaintiff's Exhibit P03376<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008704 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted | |
| P00516 | | | X | X | Plaintiff's Exhibit P00516<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008403 | |
| P00503 | | | X | | Plaintiff's Exhibit P00503 previously admitted | |
| P03368 | | | X | X | Plaintiff's Exhibit P03368<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008486 | |
| P03371 | | | X | X | Plaintiff's Exhibit P03371<br>1046 Jaylynn Dean - UBER-MDL3084-BW-00008606 | |
| P00509 | | | X | X | Plaintiff's Exhibit P00509 | |

|  |  |  |  |  | 1046 Jaylynn Dean - UBER-MDL3084-BW-00008573 |  |
|---|---|---|---|---|---|---|
| P00631 |  |  | X |  | Plaintiff's Exhibit P00631 previously admitted |  |
| P04511 |  |  | X | X | Plaintiff's Exhibit P04511 |  |
| P03599 |  |  | X | X | Plaintiff's Exhibit P03599 UBER-MDL3084-DFS00159709 |  |
| P00932 |  |  | X | X | Plaintiff's Exhibit P00932 1046_40_Dean, Jaylynn_31d_2.docx - UBER-MDL3084-DFS00003727 |  |
| P01296 |  |  | X | X | Plaintiff's Exhibit P01296 1046_40_Dean, Jaylynn - req 9_1.pdf - UBER-MDL3084-DFS00003684 |  |
| P03475 |  |  | X | X | Plaintiff's Exhibit P03475 1046_40_Dean, Jaylynn_31d_17.png - UBER-MDL3084-DFS00003724 |  |
| P03476 |  |  | X | X | Plaintiff's Exhibit P03476 1046_40_Dean, Jaylynn_31d_18.png - UBER-MDL3084-DFS00003725 |  |
| P03472 |  |  | X | X | Plaintiff's Exhibit P03472 1046_40_Dean, Jaylynn_31d_14.png - UBER-MDL3084-DFS00003721 |  |
| P00932 |  |  | X |  | Plaintiff's Exhibit P00932 previously admitted |  |
| P03599 |  |  | X |  | Plaintiff's Exhibit P03599 previously admitted |  |
| P00010 |  |  | X | X | Plaintiff's Exhibit P00010 Cissna, Ex. 5 - UBER_JCCP_MDL_003213336 |  |
|  |  | 3:56 p.m. 4:53 a.m. |  |  | Jurors excused until January 21, 2026 at 9:15 a.m. Preliminary matters discussed Court adjourned until January 21, 2026 at 9:15 a.m. |  |