1    [*Submitting counsel below*]

2

3

4

5

6    UNITED STATES DISTRICT COURT
OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

7

8

| | |
|---|---|
| **IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION** | No. 3:23-md-03084-CRB |
| | **PLAINTIFF'S MOTION TO STRIKE EXHIBIT 4236 AND IMPROPER QUESTIONING OF DR. MECHANIC AND PROPOSED JURY INSTRUCTION** |
| This Document Relates to: | Judge: Honorable Charles R. Breyer Ctrm.:  D. Ariz., 501 |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

9

10

11

12

13

14

15

16

17    UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

18

19

20

| | |
|---|---|
| JAYLYNN DEAN, | No. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge: Honorable Charles R. Breyer Ctrm.:  501 |
| v. | |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

21

22

23

24

25

26

27

28

1

## MOTION TO STRIKE

2          During cross-examination of Dr. Mechanic on January 26, counsel for Uber introduced a

3    2018 email exchange between Dr. Mechanic and an attorney at Shook Hardy & Bacon (Ex. 4236).

4    Questioning Dr. Mechanic, counsel implied that Dr. Mechanic had tried to work for Uber in this

5    litigation, and, having been turned down, worked for the Plaintiffs instead. The Court stated on the

6    record that, had it been apparent that Uber intended to use this document in this manner, the

7    questioning would not have been permitted.

8          Counsel for Uber promised to clean up the record in subsequent cross-examination. This

9    remedy is at best inadequate and at worst even more prejudicial. At best, the irrelevant 2018

10   emails—which Dr. Mechanic does not even remember—will waste both the jury's time and

11   Plaintiff's time on redirect. At worst, permitting Uber to again show the 2018 email will remind

12   the jury of the earlier, improper, implication.

13         Instead, because Ex. 4236 and the testimony about it violate Rule 403, the Court should

14   strike both and instruct the jury accordingly. The email has zero probative value: it does not show

15   anything about Dr. Mechanic other than she, in 2018, exchanged emails with a law firm about a

16   potential engagement. She testified that her current profession is serving as an expert witness, so

17   evidence that more than seven years ago she discussed potentially working as an expert witness is

18   cumulative at best. And the email creates a significant danger of unfair prejudice and misleading

19   the jury. In addition to the false implication offered by Uber's counsel (that Dr. Mechanic worked

20   for Plaintiffs only after Uber turned her down), the emails contain a statement about an "acquittal

21   despite the multiple victims who were intoxicated," suggesting Dr. Mechanic endorsed part of

22   Uber's defense in this case. (Dr. Mechanic does not opine about intoxication.)

23         For these reasons, the Court should strike Ex. 4236 and the testimony concerning it, and

24   give the jury the proposed instruction below. Plaintiff will submit a proposed order with the pages

25   and lines once the transcript is received.

26

27

28

1

## **PROPOSED JURY INSTRUCTION**

2          Yesterday, you heard testimony from Dr. Mechanic concerning a 2018 email exchange

3   between her and an attorney working for a law firm that years later represented Uber in this

4   litigation. There is no evidence that Dr. Mechanic ever tried to serve as an expert witness for Uber

5   in this litigation. I am striking both the document and testimony concerning it. You should not

6   consider the document or the testimony during your deliberations or allow it to influence your

7   verdict in any way.

8   Dated: January 26, 2026                                    Respectfully submitted,

9

10                                                    By*: /s/ Sarah R. London*
                                                           Sarah R. London (SBN 267083)

11
                                                        **GIRARD SHARP LLP**
12                                                      601 California St., Suite 1400
                                                        San Francisco, CA 94108
13                                                      Telephone: (415) 981-4800
                                                        slondon@girardsharp.com

14                                                    By*: /s/ Rachel B. Abrams*
                                                           Rachel B. Abrams (SBN 209316)
15
                                                        **PEIFFER WOLF CARR KANE**
16                                                      **CONWAY & WISE, LLP**
                                                        555 Montgomery Street, Suite 820
17                                                      San Francisco, CA 94111
                                                        Telephone: (415) 426-5641
18                                                      Facsimile: (415) 840-9435
                                                        rabrams@peifferwolf.com
19

20                                                   By*: /s/ Roopal P. Luhana*
                                                           Roopal P. Luhana
21
                                                        **CHAFFIN LUHANA LLP**
22                                                      600 Third Avenue, 12th Floor
                                                        New York, NY 10016
23                                                      Telephone: (888) 480-1123
                                                        Facsimile: (888) 499-1123
24                                                      luhana@chaffinluhana.com

25                                                      *Co-Lead Counsel*

26

27

28

**FILER'S ATTESTATION**

I am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. L.R. 5-1(i)(3), I attest that the signatories above concurred in this filing.

Dated:  January 26, 2026

By:     */s/ Andrew R. Kaufman*
        Andrew R. Kaufman

PL'S MOT. TO STRIKE
AND PROPOSED JURY INSTRUCTION
N.D. CAL. NO. 3:23-MD-03084; D. ARIZ. NO. 25-CV-4276