UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC. PASSENGER SEXUAL ASSAULT LITIGATION | Case No. 23-md-03084-CRB<br><br>Honorable Charles R. Breyer |
| This Document Relates to:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | **[PROPOSED] ORDER STRIKING EX. 4236 AND IMPROPER QUESTIONING OF DR. MECHANIC** |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN,<br><br>           Plaintiff,<br><br>     v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>           Defendants. | No. 25-cv-4276-PHX-CRB<br><br>Judge:  Honorable Charles R. Breyer<br>Ctrm.:   501 |

1  Having considered Plaintiff's Motion to Strike Exhibit 4236 and Improper Questioning of Dr.
2  Mechanic, the Court **GRANTS** the motion. The following exhibit and portion of testimony are struck.
3  - Exhibit 4236
4  - Trial Tr. at 1974:21-1978:9

6  **IT IS SO ORDERED.**

8  Dated: _____

                                              Hon. Charles R. Breyer
                                              United States District Judge