UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 2:25-cv-04276-CRB
Case Name: Jaylynn Dean v. Uber Technologies, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Charles R. Breyer | Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Tiffany Ellis, William Smith, An Truong | Laura Vartain Horn, Kimberly Bueno, Tara Blake, Jonathan Schneller, Louis W. Fisher, Theane Evangelis |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| January 26, 2026 | Elva Cruz-Lauer, Teri Veres | Lashanda Scott |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:18 a.m. | | | Judge cried-in. All parties present. | |
| | | 9:19 a.m. | | | All jurors present. Court Reporter: Teri Veres<br>Plaintiff's witness sworn<br>**Jaylynn A. Dean** | |
| P04531 | | | X | X | Plaintiff's Exhibit P04531<br>Uber Terms of Use | |
| | | 10:27 a.m.<br><br>10:34 a.m. | | | Jurors on recess. Preliminary matters discussed. Motion to Quash.<br>Court in recess | |
| | | 10:39 a.m.<br><br>10:44 a.m. | | | Court reconvened. Court Reporter: Teri Veres<br>All parties present<br>All jurors present | |
| P00988 | | | X | | Plaintiff's Exhibit P00988 previously admitted (1/22/2026) | |
| P04088 | | | X | | Plaintiff's Exhibit P04088<br>CCTV Footage (JDean-TempePD-000107) | |
| P01934 | | | X | | Plaintiff's Exhibit P01934 | |
| P01922 (a,d,f,g,h) | | | X | | Plaintiff's Exhibit P01922 (a, d, f, g, h)<br>BW-DEAN_JAYLYNN_000376 | |
| P01927 (a,c,d) | | | X | | Plaintiff's Exhibit P01927 (a,c,d)<br>BW-DEAN_JAYLYNN_000382 | |
| P02400 | | | X | | Plaintiff's Exhibit P02400 previously admitted (1/22/2026) | |
| P01907 | | | X | | Plaintiff's Exhibit P01907<br>BW-DEAN_JAYLYNN_000015 | |
| P04153 | | | X | X | Plaintiff's Exhibit P04153 | |
| | | 11:40 a.m. | | | Defendant's cross-examination Jaylynn A. Dean | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4153 | | X | X | Defendant's Exhibit 4153<br>Jaylynn Dean Social Media Compilation<br>(CONFIDENTIAL-BW-DEAN_JAYLYNN_S.M._000001) | |
| | 4185 | withdrawn | X | | Plaintiff's Exhibit 4185 withdrawn | |
| | 4184 | | X | X | Plaintiff's Exhibit 4184<br>JD Lyft Profile<br>(UBERMDLPRODUCTION_00007) | |
| | 4185.03 | | X | X | Defendant's Exhibit 4185.03<br>Dean Lyft Ride History Spreadsheet (with driver names) | |
| | 4185.04 | | X | X | Defendant's Exhibit 4185.04<br>Dean Lyft Ride History Spreadsheet (with driver names) | |
| | 4051 | | X | X | Plaintiff's Exhibit 4051<br>J. Dean Feedback and Ratings Spreadsheet | |
| | | 11:55 a.m. | | | Jurors on break. Preliminary matters discussed – admission of the above exhibits. | |
| | 4158 | | X | X | Defendant's Exhibit 4158<br>Dean medical records obtained Hims & Hers Health<br>(JDean-H&HH-000001) | |
| | | 12:04 p.m. | | | Court in recess | |
| | | 12:52 p.m. | | | Court reconvened. Court Reporter: Elva Cruz-Lauer<br>All parties present | |
| | | 12:53 p.m. | | | All jurors present<br>Defendant cross-examination Jaylynn A. Dean | |
| | 4078 | | X | | Defendant's Exhibit 4078 (previously admitted 1/22/2026)<br>Tempe Police Interview Room Footage (with transcript) (JDean-TempePD-000095) | |
| | 4156 | | X | X | Defendant's Exhibit 4156<br>Tempe Police Department Records Compilation - Tempe Police Subpoena and Reports (JDean-TempePD-000001) | |
| | 4154 | | X | X | Defendant's Exhibit 4154<br>Various screenshots with Ride Receipt, Uber Comms, Life360 Data, Police Reports, medical records obtained Honor Health Medical Records and Tempe Police Reports (JDean-PPR-000010) | |
| | 4231 | | X | X | Defendant's Exhibit 4231<br>Jaylynn Dean Signup & Checkbox Consent (UBER-MDL3084-BW-00000041) | |
| | 4160 | | X | X | Defendant's Exhibit 4160<br>Uber Deals Communication Log | |
| P00299 | | | X | | Plaintiff's Exhibit P00299 previously admitted | |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4153 | | X | | Defendant's Exhibit 4153 previously admitted | |
| | | 1:36 p.m. | | | Jurors on break. Preliminary matters discussed. Witness excused (Jaylynn A. Dean) | |
| | | 1:52 p.m. | | | Court in recess | |
| | | 1:57 p.m. | | | Court reconvened. Court Reporter: Elva Cruz-Lauer<br>All parties present. All Jurors present | |
| P00988.00004 | | | X | X | Plaintiff's Exhibit P00988.0004<br>BW-DEAN_JAYLYNN_000001 | |
| P01907 | | | X | X | Plaintiff's Exhibit P01907<br>BW-DEAN_JAYLYNN_000015 | |
| P01915 | | | X | X | Plaintiff's Exhibit P01915<br>BW-DEAN_JAYLYNN_000083 | |
| P01922 | | | X | X | Plaintiff's Exhibit P01922<br>BW-DEAN_JAYLYNN_000376 | |
| P01927 | | | X | X | Plaintiff's Exhibit P01927<br>BW-DEAN_JAYLYNN_000382 | |
| P01934 | | | X | X | Plaintiff's Exhibit P01934<br>BW-DEAN_JAYLYNN_000398 | |
| P02340 | | | X | X | Plaintiff's Exhibit P02340<br>Personal photos and/or videos of Plaintiff Jaylynn Dean | |
| P02400 | | | X | | Plaintiff's Exhibit P02400 previously admitted (1/22/2026)<br>Audio FileDean's call to Uber to report sexual assault 1046_40_Dean, Jaylynn - req 31d_2 | |
| P04088 | | | X | X | Plaintiff's Exhibit P04088 marked and admitted | |
| P04153.0011 | | | X | X | Plaintiff's Exhibit P04153.00011 marked and admitted | |
| P04531 | | | X | X | Plaintiff's Exhibit P04531<br>Uber Terms of Use | |
| P02340.00041 | | | X | X | Plaintiff's Exhibit P02340.00041<br>Personal photos and/or videos of Plaintiff Jaylynn Dean | |
| P04513.0063 | | | X | X | Plaintiff's Exhibit P04513.0063<br>Demonstrative used in Court during Dr. Drumwright's examination | |
| | | 1:58 p.m. | | | Plaintiff's Witness Sworn<br>**Mindy Mechanic** | |
| | | 3:12 p.m. | | | Jurors on break. Preliminary matters discussed. | |
| | | 3:16 p.m. | | | Court on recess | |
| | | 3:32 p.m. | | | Court reconvened. Court Reporter: Elva Cruz-Lauer<br>All parties present. | |
| | | 3:33 p.m. | | | All Jurors present<br>Plaintiff direct-examination<br>Mindy Mechanic | |
| | 4236 | | X | | Defendant's Exhibit 4236 marked | |

3

|  |  | 4:26 p.m. |  |  | Jurors excused until January 27, 2026 at 9:15 a.m.<br>Preliminary matters discussed.<br>Court adjourned until January 27, 2026 at 9:15 a.m. |  |