UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Jury Trial Minutes

Date: January 27, 2026                                           Judge: Honorable Charles R. Breyer

Court Reporter: Jennifer Pancratz, Christine Coaly
Time: 6 Hours and 34 Minutes
Case No.: 2:25-cv-04276 CRB
Case Name: Jaylynn Dean v. Uber Technologies, Inc., et al.

Attorney(s) for Plaintiff: Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Tiffany Ellis, William Smith, An Truong

Attorney(s) for Defendant(s): Laura Vartain Horn, Tara Blake, Kimberly Bueno, Jonathan Schneller, Louis W. Fisher, Theane Evangelis

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Defendant cross-examination of Mindy Mechanic. Further jury trial set for January 28, 2026 at 9:15 a.m.

Plaintiff Video Deposition Displayed: Greg Brown

Plaintiff's Witness Sworn: Lacey Keller

Defendant's Witness Sworn: Chad Dobbs

Plaintiff's Exhibits Marked and Admitted: P00054, P00061, P00064, P00067, P00074, P00075, P00085, P00092, P00242, P00393, P00395, P00396, P00397, P00400, P00401, P00404, P00410, P00411, P00412, P00413, P00420, P00421, P00740, P01133, P01363, P01382, P01396, P01506, P01630, P01681, P02468, P03119

Defendant's Exhibits Marked and Admitted: 3778, 3879, 3931, 4153.0224, 4153.0225, 4177, 4178, 4179, 4180, 4182, 4186, 4187, 4188, 4237, 4238, 4239, 4531, 4537

Defendant's Exhibits Marked: 4153.0064, 4153.088, 4153.089, 4153.0100, 4153.108, 4153.109

Court Exhibits Marked and Admitted: 1, 2, 3, 4,5, 6, 7, 8, 9, 10,11, 12, 13, 14, 15,16, 17, 18, 19, 20, 21, 22, 23 (Court Exhibits 1-20 at ECF Nos. 5007, 5056, 5103, 5113)