| AO 435<br>AZ Form (Rev. 10/2023) | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| 1. NAME Kenneth G. Parker | | 2. PHONE NUMBER<br>949-202-3014 | 3. DATE 1/28/26 | |
| 4. FIRM NAME Haynes and Boone, LLP | | | | |
| 5. MAILING ADDRESS 600 Anton Blvd., Suite 600 | | 6. CITY Costa Mesa | 7. STATE CA | 8. ZIP CODE 92626 |
| 9. CASE NUMBER 2:25-cv-04276 | 10. JUDGE CRB | DATES OF PROCEEDINGS | | |
| | | 11. 01/13/2026 | 12. Ongoing | |
| 13. CASE NAME Dean v. Uber Technologies Incorporated et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Phoenix | 15. STATE Arizona | |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [x] TESTIMONY (Specify) All Trial Days | 1/13/26 to end of trial |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] | | [ ] PAPER COPY | |
| 14-Day Transcript | [ ] | [ ] | | | |
| 7-Day (Expedited) | [ ] | [ ] | | [x] PDF (e-mail) | |
| 3-Day Transcript | [ ] | [x] | | | |
| Next-Day (Daily) | [ ] | [ ] | | [ ] ASCII (e-mail) | |
| 2-Hour (Hourly) | [ ] | [ ] | | | |
| Realtime Transcript | [ ] | [ ] | | E-MAIL ADDRESS<br>ken.parker@haynesboone.com | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.

19. SIGNATURE /s/ Kenneth G. Parker

20. DATE 1/28/2026

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY