1    [Submitting counsel below]

2                    **UNITED STATES DISTRICT COURT**

3                    **NORTHERN DISTRICT OF CALIFORNIA**

4                    **SAN FRANCISCO DIVISION**

5    IN RE: UBER TECHNOLOGIES, INC.,           CASE NO. 3:23-MD-03084-CRB
     PASSENGER SEXUAL ASSAULT
6    LITIGATION                                **DEFENDANTS UBER
                                               TECHNOLOGIES, INC., RASIER, LLC,
7    _____       AND RASIER-CA, LLC'S PROPOSED
                                               AMENDMENT TO FINAL VERDICT
8    This Document Relates to:                 FORM, SUBJECT TO PRIOR
                                               OBJECTIONS**
9    *Jaylynn Dean v. Uber Techs., Inc.*,
     No. 23-cv-06708                           Judge:        Hon. Charles R. Breyer
10   D. Ariz. No. 25-cv-4276
                                               Courtroom:    6 – 17th Floor
11

12

13                   **UNITED STATES DISTRICT COURT**

14                   **DISTRICT OF ARIZONA**

15                   **PHOENIX DIVISION**

16   JAYLYNN DEAN,                             CASE NO. 25-cv-4276-PHX-CRB

17            Plaintiff,                       Judge:        Hon. Charles R. Breyer

18   v.                                        Courtroom:    501

19   UBER TECHNOLOGIES, INC., et al.,

20            Defendants.

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

**JURY VERDICT FORM**

**Negligence**

1.    **Do you find Uber liable for Negligence?**        Yes___    No___

**Design Defect**

2.    **Do you find Uber liable for Design Defect?**        Yes___    No___

**Apparent Agency**

3.    **Do you find Uber liable for Apparent Agency?**    Yes___    No___

*If you answered "Yes" to Question 1, 2, or 3, answer Question 4. If you answered "No" to Questions 1, 2, and 3, answer no further Questions and sign the form.*

**Compensatory Damages**

4.    **In what amount, if any, was Plaintiff Jaylynn Dean damaged?**

        $_____

*If your answer to Question 4 is greater than $0, answer Question 5. Otherwise, answer no further Questions and sign the form.*

**Liability for Punitive Damages**

5.    **Do you find Uber liable for Punitive Damages?**    Yes___    No___

*If you answered "Yes" to Question 5, answer Question 6. If you answered "No" to Question 5, answer no further Questions and sign the form.*

**Amount of Punitive Damages**

6.    **What is the total amount of punitive damages, if any, that should be assessed against Uber?**

        $_____

_____
**Jury Foreperson**

- 1 -

DATED:  February 2, 2026

Respectfully submitted,

/s/ Laura Vartain Horn

Laura Vartain Horn (SBN 258485)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1625
laura.vartain@kirkland.com

Kim Bueno (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100
kim.bueno@kirkland.com

Allison M. Brown (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
2005 Market Street, Suite 1000
Philadelphia, PA 19103
Telephone: (215) 268-5000
alli.brown@kirkland.com

Jessica Davidson (Admitted *Pro Hac Vice*)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
jessica.davidson@kirkland.com

Sabrina H. Strong (SBN: 200292)
Jonathan Schneller (SBN: 291288)
**O'MELVENY & MYERS LLP**
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
sstrong@omm.com
jschneller@omm.com

*Attorneys for Defendants*
UBER TECHNOLOGIES, INC.,
RASIER, LLC, and RASIER-CA, LLC

UBER'S PROPOSED AMENDMENT TO FINAL
VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS
CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2026, I electronically filed the foregoing document

with the Clerk of the Court by using the CM/ECF system which will automatically send

Notification of the filing to all counsel of record.

/s/ *Laura Vartain Horn*
Laura Vartain Horn

CERTIFICATE OF SERVICE

UBER'S PROPOSED AMENDMENT TO FINAL
VERDICT FORM, SUBJECT TO PRIOR OBJECTIONS
CASE NO. 3:23-MD-03084-CRB / 25-CV-4276-PHX-CRB