# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Jury Trial Minutes

Date: January 30, 2026                                    Judge: Honorable Charles R. Breyer

Court Reporter: Elva Cruz-Lauer, Teri Veres
Time: 7 Hours and 14 Minutes
Case No.: 2:25-cv-04276 CRB
Case Name: Jaylynn Dean v. Uber Technologies, Inc., et al.

Attorney(s) for Plaintiff:  Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Tiffany Ellis, William Smith, An Truong

Attorney(s) for Defendant(s): Laura Vartain Horn, Tara Blake, Kimberly Bueno, Jonathan Schneller, Louis W. Fisher, Theane Evangelis, Geoffrey Wyatt

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Jury trial held. Defendant direct-examination Victoria Stodden.
Further jury trial set for February 2, 2026 at 9:15 a.m.

Defendant's Video Deposition Displayed: Scott Dylan McLaughlin

Defendant's Witnesses Sworn: Sachin Kansal

Plaintiff's Exhibits Marked and Admitted: P00145, P00689, P01068, P01220, P01321, P01460, P01486, P01716, P01805, P02953, P02956, P04545, P04553, P04557, P04558, P04559, P04560, P04561, P04566, P04567

Plaintiff's Exhibits Marked: P04568, P04569, P04570