UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Jury Trial Minutes

Date: February 2, 2026                                      Judge: Honorable Charles R. Breyer

Court Reporter: Teri Veres, Elva Cruz-Lauer
Time: 4 Hours and 12 Minutes
Case No.: 2:25-cv-04276 CRB
Case Name: Jaylynn Dean v. Uber Technologies, Inc., et al.

Attorney(s) for Plaintiff:  Andrew R Kaufman, Sarah London, Alexandra Walsh, Deobrah Chang, Rachel Abrams, Roopal Luhana, Tiffany Ellis, William Smith, An Truong

Attorney(s) for Defendant(s): Laura Vartain Horn, Tara Blake, Kimberly Bueno, Jonathan Schneller, Louis W. Fisher, Theane Evangelis, Geoffrey Wyatt

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Jury trial held. Plaintiff cross-examination Sachin Kansal. Defendant rest.
Further jury trial set for February 3, 2026 at 8:30 a.m.

Plaintiff's Exhibits Marked and Admitted: P00394, P00479, P01814, P02026 (.00199, .00516, .00572), P03669, P04547, P04548, P04549,  P04564

Defendant's Exhibits Marked and Admitted: 4096, 4149 (.0239-51), 4153 (.0010, .0017, .0023, .0025, .0046, .0056, .0064, .0088, .0089, .0100, .0108, .0109, .0130, .0313, .0132, .0134, .0177, .0194, .0203, .0210, .0211, .0232)

Defendants' Court Exhibits Marked and Admitted: 1, 2, 3, 4 ,5, 6, 7, 8, 9, 10,11, 12, 13, 14, 15,16, 17, 18, 19, 20, 21 (Court Exhibits 1-21 at ECF No. 5168) (previously admitted on January 27, 2026)