IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION<br>_____/<br><br>This Order Relates To:<br><br>*Jaylynn Dean v. Uber Techs., Inc.*,<br>N.D. Cal. No. 23-cv-06708<br>D. Ariz. No. 25-cv-4276 | MDL No. 3084<br><br>**ORDER REGARDING MOTION TO INTERVENE AND PUBLIC ACCESS TO <u>DEAN</u> TRIAL EXHIBITS**<br><br>Re: Dkt. No. 5179 |

The Court ORDERS that, upon the conclusion of jury deliberations in the <u>Dean</u> bellwether trial, the Parties shall provide copies of the admitted trial exhibits to the Clerks of the Court for the District of Arizona and the Northern District of California. Any interested parties seeking access to the exhibits may contact either Clerk of the Court directly.

Therefore, the Motion to Intervene is denied as moot.

**IT IS SO ORDERED.**

Dated: February 4, 2026

CHARLES R. BREYER
United States District Judge