UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION | CASE NO. 3:23-MD-03084-CRB |
| | **FINAL VERDICT FORM** |
| | Judge: Hon. Charles R. Breyer |
| This Document Relates to: | Courtroom: 6 – 17th Floor |
| *Jaylynn Dean v. Uber Techs., Inc.*, No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| JAYLYNN DEAN, | CASE NO. 25-cv-4276-PHX-CRB |
| Plaintiff, | Judge: Hon. Charles R. Breyer |
| v. | Courtroom: 501 |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

|   |   |
|---|---|
| 1 | **JURY VERDICT FORM** |
| 2 | <u>Negligence</u> |
| 3 | 1.   Do you find Uber liable for Negligence?   Yes___   No ✓ |
| 4 | <u>Design Defect</u> |
| 5 | 2.   Do you find Uber liable for Design Defect?   Yes___   No ✓ |
| 6 | <u>Apparent Agency</u> |
| 7 | 3.   Do you find Uber liable for Apparent Agency?   Yes ✓   No___ |
| 8 | *If you answered "Yes" to Question 1, 2, or 3, answer Question 4. If you answered "No" to Questions 1, 2, and 3, answer no further Questions and sign the form.* |
| 9 | <u>Compensatory Damages</u> |
| 10 | 4.   In what amount, if any, was Plaintiff Jaylynn Dean damaged? |
| 11 | $ 8,500,000 |
| 12 | *If your answer to Question 4 is greater than $0, answer Question 5. Otherwise, answer no further Questions and sign the form.* |
| 13 | |
| 14 | <u>Liability for Punitive Damages</u> |
| 15 | 5.   Do you find Uber liable for Punitive Damages?   Yes___   No ✓ |
| 16 | *If you answered "Yes" to Question 5, answer Question 6. If you answered "No" to Question 5, answer no further Questions and sign the form.* |
| 17 | <u>Amount of Punitive Damages</u> |
| 18 | 6.   What is the total amount of punitive damages, if any, that should be assessed against Uber? |
| 19 | |
| 20 | $_____ |
| 21 | |
| 22 | Date: 2/5/2026                    #9 |
|    |                                   _____ |
|    |                                   Presiding Juror |

- 1 -