IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION _____/ | MDL No. 3084 |
| This Order Relates To: | **JUDGMENT** |
| *Jaylynn Dean v. Uber Techs., Inc.*, N.D. Cal. No. 23-cv-06708 D. Ariz. No. 25-cv-4276 | |

In accordance with the jury's verdict, judgment is entered in favor of plaintiff and against defendants for $8,500,000.00.

The clerk is directed to close the individual member case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: February 6, 2026

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California